Jonathan M. Lebe (State Bar No. 284605)
Jon@lebelaw.com
Yuri A. Chornobil (State Bar No. 331905)
Yuri@lebelaw.com
Shigufa K. Saleheen (State Bar No. 341013)
Shigufa@lebelaw.com
**Lebe Law, APLC**
777 S. Alameda Street, Second Floor
Los Angeles, CA 90021
Telephone: (213) 444-1973

Attorneys for Plaintiff Chanielle Enomoto,
Individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chanielle Enomoto, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Siemens Industry, Inc.,<br><br>　　　　　Defendant. | Case No. 3:22-cv-03904-RS<br><br>Magistrate Judge Donna M. Ryu<br><br>**PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint filed: May 6, 2022<br>Trial Date: None Set |

1

PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Chanielle Enomoto hereby requests this action be dismissed without prejudice for the reasons stated in the attorney declaration filed concurrently. Plaintiff also submits a [Proposed] Order to effectuate said dismissal and to vacate the Case Management Conference currently scheduled for October 6, 2022.

Dated: August 29, 2022

**LEBE LAW, APLC**

By: _____
Jonathan M. Lebe
Attorney for Plaintiff Thomas Pangelinan
Individually and on behalf of all aggrieved employees