Jonathan M. Lebe (State Bar No. 284605)
Jon@lebelaw.com
Yuri A. Chornobil (State Bar No. 331905)
Yuri@lebelaw.com
Shigufa K. Saleheen (State Bar No. 341013)
Shigufa@lebelaw.com
**Lebe Law, APLC**
777 S. Alameda Street, Second Floor
Los Angeles, CA 90021
Telephone: (213) 444-1973

Attorneys for Plaintiff Chanielle Enomoto,
Individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chanielle Enomoto, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> Siemens Industry, Inc., <br><br> Defendant. | Case No. 3:22-cv-03904-RS <br><br> Magistrate Judge Donna M. Ryu <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> Complaint filed: May 6, 2022 <br> Trial Date: None Set |

Pursuant to Plaintiff's Request for Dismissal and supporting attorney declaration, the Court hereby issues the following orders:

1. The action is DISMISSED in its entirety without prejudice; and
2. The case management conference scheduled for October 6, 2022, is VACATED.

IT IS SO ORDERED.

DATED: August 29, 2022

_____
Hon. Richard Seeborg
United States District Judge