UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDON JOHNSON,

        Plaintiff,

   v.

SIEMENS INDUSTRY, INC.,

        Defendant.

Case No. 23-cv-01562-JST

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Richard Seeborg for consideration of whether the case is related to *Enomoto v. Siemens Industry, Inc.,* 22-cv-03904-RS.

**IT IS SO ORDERED.**

Dated:  June 22, 2023



_____
JON S. TIGAR
United States District Judge